**Jolly Farms, Inc.**
890 Ballinger Canyon Road
Maricopa, CA 93252
admin@jollyfarms.com
424-303-0627



Amanda F. Benedict
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108

July 10, 2020

Re: Case 2:20-cv-00275-TLN-AC
Michael Trujillo vs. Jolly Farms, Inc.

Dear Ms. Benedict:

I am writing to you again (see attachment for first response) to inform you of your mistaken identity of our company. Jolly Farms inc is not Jolly Farms Delivery, Jolly Farms delivery was a non-profit mutual benefit organization that was closed down at the beginning of 2019. Jolly Farms inc and Jolly Farms Delivery are not affiliated nor have they ever done any business together in any way at any point in time for any reason. Jolly Farms Delivery is a DBA of the company AMA aggregate membership association, as per public record officially was dissolved as of 4/15/19 and as an attorney you know that means it was filed several weeks or months before that date. In your screenshots that you sent in the case file you show the website being different from ours. It also states under the name that clearly shows the word delivery as part of the name and it says "is a DBA of AMA aggregate membership association inc", that is not Jolly Farms inc.

Jolly Farms inc has never text solicited anyone for any reason at any point in time, Jolly Farms inc has never had any advertising or listings of any kind anywhere at any point in time. Jolly Farms inc does not solicit or advertise in any way to anyone for any reason.

Please update and correct your records to reflect the correct company you are filing against.

Thank You,
Jolly Farms Inc. (no other names or DBA's)
424-303-0627 (the one and only phone number affiliated with this company not that 949 number…)

CC: United States District Court
501 "I" Street, Room 4-200
Sacramento, CA 95814

# Jolly Farms, Inc.

890 Ballinger Canyon Road
Maricopa, CA 93252
admin@jollyfarms.com
424-303-0627

Amanda F. Benedict
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108

February 18, 2020

Re: Michael Trujillo vs. Jolly Farms, Inc.

Dear Ms. Benedict:

I am writing to inform you of the separation between Jolly Farms inc and Jolly Farms Delivery a DBA of AMA Aggregate Membership Association. Jolly Farms inc is a cultivation only facility and always has been, it has never engaged in retail sales, text messaging clients or associated with any of those phone numbers. Jolly Farms Delivery (AMA Aggregate Membership Association) was closed in 4/19 as far as we can see from public record. Similar names yet 2 separate companies in a similar field yes, but not one and the same.

Please direct all your inquires to Jolly Farms Delivery (AMA Aggregate Membership Association) or the owners of that company.

Thank You,
Jolly Farms inc



27.   On April 19, 2019 at 10:04 AM, Plaintiff received 2 more unsolicited, autodialed text message to his cell phone from Defendant using phone number 800-336-7196:



28.   Many of the autodialed text messages that Plaintiff received mention the phone number 949-357-0662. This number belongs to Defendant:[4]

29.   Plaintiff has never consented to Jolly Farms sending him automated text messages to his cell phone.

30.   The unauthorized text messages that were sent by Jolly Farms, as alleged herein, harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, and disturbed Trujillo's use and enjoyment of his cellular phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

31.   Seeking redress for these injuries, Trujillo, on behalf of himself and a Class of similarly situated individuals, brings suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits unsolicited autodialed text messages to cellular telephones, as well as unsolicited text messages to phone numbers registered on the DNC.

---

[4] https://web.archive.org/web/20190203021017/http://jollyfarmsdelivery.com/

CLASS ACTION COMPLAINT
-10-